THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMBROSE J. WILTSIE, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

MARY MANNELL, Appellant, v. UNITED TRACTION COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

ROSA CALLI, Respondent, v. GENNIS-SPEILLER, INC., Appellant.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

FREDERICK R. MARSHALL, Respondent, v. E. E. DOCKSTADER and Others, Appellants.— Judgment unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

DAISY M. BILLINGS, as Administratrix, etc., of EDWIN A. BILLINGS, Deceased, Respondent, v. WILLIAM ARMSTRONG, Appellant.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

ARTHUR W. FREDETTE, Appellant, v. VILLAGE OF WHITEHALL, NEW YORK, and Others, Respondents.— Judgment unanimously affirmed, with separate bill of costs to each party filing briefs in this court.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

FRED B. VAN DENBERG and ALICE M. VAN DENBERG (the Last Name Sometimes Being Spelled VAN DENBURG), Respondents, v. ALBERT O. SMITH and Another, Appellants.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Application of MARY RORK for the Revocation of Letters of Administration Issued to DELLA E. RORK, as Administratrix, etc., of JOHN J. RORK, Deceased.— Decree unanimously affirmed, with costs against the appellant. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

RHODA BAKER, an Infant, by Her Guardian ad Litem, ELEANOR COPELAND, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.  MATILDA BAKER, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant. ANNA BELLE BAKER, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.  SAM BAKER, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

NELLIE DICKSON, as Administratrix, etc., of WILLIAM DICKSON, Deceased, Appellant, v. JOHN A. STOLL, Respondent, and Others, Defendants.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.